UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CITYSCAPES INTERNATIONAL REALTY GROUP OF LONGBOAT KEY, LLC,**

    Plaintiff(s),

v.                                CASE NO:  11-cv-876-T-30TGW

**CCS-BEL MARE, LLC, et al.,**

    Defendant(s).
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal With Prejudice (Dkt. #31). Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear its own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

    **DONE and ORDERED** in Tampa, Florida on October 26, 2011.

                                            JAMES S. MOODY, JR.
                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-876.dismiss 31.docx